**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**RODNEY BROWN,**

                      **Plaintiff,**

      **- v -**                                   **Civ. No. 9:08-CV-085**

**A. SECORE and LT. GUERIN,**

                      **Defendants.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**

### DECISION & ORDER

## I.   INTRODUCTION

This *pro se* action brought pursuant to 42 U.S.C. § 1983 was referred to the Hon. Andrew T. Baxter, United States Magistrate Judge, for a Report and Recommendation pursuant to 28 U.S.C. § 636(b) and Local Rule 72.3(c).  No objections to the Report-Recommendation dated February 12, 2010 have been filed, and the time to do so has expired.  Furthermore, after examining the record, this Court has determined that the Report-Recommendation and Order is not subject to attack for plain error or manifest injustice.  Accordingly, the Court adopts the Report-Recommendation for the reasons stated therein.

It is therefore,

**ORDERED** that Defendants' Motion for Summary Judgment (Dkt. No. 41) is

**GRANTED** and the action is **DISMISSED** in its entirety.   The Clerk of the Court is

instructed to enter judgment in favor of Defendants and to close the file in this matter.

**IT IS SO ORDERED**

DATED:March 15, 2010

Thomas J. McAvoy
Senior, U.S. District Judge